# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 15, 2022

## NO. 03-22-00548-CV

**Texas Department of Public Safety, Appellant**

**v.**

**USAA Casualty Insurance Company, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE BAKER

This is an appeal from the interlocutory order signed by the trial court on August 17, 2022. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.